## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In The Matter Of:                  In Bankruptcy:

LAKEITHA MARIE FRIDAY         Case No. 09-61125-WSD
                                                        Chapter 7
                                                          Hon. WALTER SHAPERO

                    Debtor(s)
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

       The attached check in the amount of $3.75 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Michigan First Credit Union<br>27000 Evergreen Road<br>Lathrup Village, MI 48076 | 3 | $3.75 |

                                                                             **Total: $3.75**

                                                            Respectfully Submitted,

                                                            /s/ Gene R. Kohut
                                                            21 Kercheval Avenue, Suite 285
                                                            Grosse Pointe Farms, MI 48236
                                                            Phone: (313) 886-9765
                                                            E-mail: ecftrustee@gktrustee.com
Dated: 03/18/2010                                  [P47413]